IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANAND MUNSIF | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5649 |
| | : | |
| JEFFERSON HOSPITAL, et al. | : | |
| | : | |
| ANAND N. MUNSIF | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-6190 |
| | : | |
| JEFFERSON UNIVERSITY PHYSICIANS, et al. | : | |

## ORDER

AND NOW, this 2nd day of August, 2016, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants Thomas Jefferson University Hospital, Inc., and Jefferson University Physicians' joint Motions to Dismiss Plaintiff's Complaint (Document 8 in Civil No. 15-5649; Document 5 in Civil No. 15-6190) are GRANTED in part as follows:

- Munsif's claims for lack of informed consent (Count I of both Complaints) and his claims for agency and vicarious liability (Counts III and IV of both Complaints), insofar as those claims are based on underlying informed consent violations, are DISMISSED WITH PREJUDICE as to both Thomas Jefferson University Hospital, Inc., and Jefferson University Physicians;

- Munsif's claims for loss of consortium (Count V of both Complaints) are DISMISSED WITH PREJUDICE as to all Defendants; and

- Any claims based on allegations of attempted murder, conspiracy to create harm to Munsif, and violations of Title 15 of the United States Code and "fraud statutes" are DISMISSED WITH PREJUDICE as to all Defendants.

It is further ORDERED Munsif's request for an extension of time to file certificates of merit is GRANTED in part. Munsif shall have until September 1, 2016, to submit certificates of merit in support of his remaining claims—his informed consent claims against the John Doe Defendants and his claims based on professional negligence—as required by Pennsylvania Rule of Civil Procedure 1042.3. The Court reserves ruling on the balance of the above-referenced Motions to Dismiss and on Defendants' Motion to Dismiss for failure to file certificates of merit, which will be treated as a motion for summary judgment, pending receipt of Munsif's submission.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.