IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANAND MUNSIF | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5649 |
| | : | |
| JEFFERSON HOSPITAL, et al. | : | |
| | : | |
| ANAND N. MUNSIF | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-6190 |
| | : | |
| JEFFERSON UNIVERSITY PHYSICIANS, et al. | : | |

**ORDER**

AND NOW, this 11th day of October, 2016, upon consideration of Defendants Thomas Jefferson University Hospital, Inc., and Jefferson University Physicians' Motion to Dismiss Plaintiff's Complaint in each of the above-captioned actions for failure to file certificates of merit and pro se Plaintiff Anand N. Munsif's reply to the Court's June 15, 2016, Order notifying the parties of the Court's intention to treat the Motion to Dismiss as a motion for summary judgment, and for the reasons set forth in the Memorandum accompanying this Order as well as the Memorandum issued on August 2, 2016, it is ORDERED the Motion to Dismiss (Document 16) is GRANTED. All remaining claims in the above-captioned actions—Munsif's lack of informed consent claims against the John Doe Defendants and his claims based on professional negligence against all Defendants—are DISMISSED without prejudice.

The Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez   
Juan R. Sánchez, J.